# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** J.G.G. et al.

**v.** Donald J. Trump et al.

**Case No:** 25-5067

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ● Gov't counsel

for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| Donald J. Trump | Madison Sheahan |
| Pamela Bondi | U.S. Immigration and Customs Enforcement |
| Kristi Noem | Marco Rubio |
| U.S. Department of Homeland Security | U.S. State Department |

### Counsel Information

**Lead Counsel:** Christina P. Greer

**Direct Phone:** (202) 598-8770 **Fax:** ( ) - **Email:** Christina.P.Greer@usdoj.gov

**2nd Counsel:**

**Direct Phone:** ( ) - **Fax:** ( ) - **Email:**

**3rd Counsel:**

**Direct Phone:** ( ) - **Fax:** ( ) - **Email:**

**Firm Name:** U.S. Department of Justice, Civil Division

**Firm Address:** P.O. Box 878, Ben Franklin Station, Washington, DC 20044-0878

**Firm Phone:** ( ) - **Fax:** ( ) - **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)