# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** J.G.G. et al.

v.

Trump et al.

**Case No:** 25-5067

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

J.G.G.

G.F.F.

J.G.O.

W.G.H.

J.A.V.

### Counsel Information

**Lead Counsel:** Sarah M. Rich

**Direct Phone:** (202) 274-7652   **Fax:** (202) 796-4426   **Email:** srich@democracyforward.org

**2nd Counsel:** Bradley Girard

**Direct Phone:** (201) 824-1304   **Fax:** (202) 796-4426   **Email:** bgirard@democracyforward.org

**3rd Counsel:** Michael Waldman

**Direct Phone:** (202) 573-7937   **Fax:** (202) 796-4426   **Email:** mwaldman@democracyforward.org

**Firm Name:** Democracy Forward Foundation

**Firm Address:** P.O. Box 34553, Washington, D.C. 20043

**Firm Phone:** (202) 448-9090   **Fax:** (202) 796-4426   **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)