# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-5067**                      **September Term, 2024**

**1:25-cv-00766-JEB**

**Filed On: March 15, 2025** [2105938]

J.G.G., et al.,

       Appellees

   v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

       Appellants

------------------------------

Consolidated with 25-5068

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated.

                                                           **FOR THE COURT:**
                                                           Clifton B. Cislak, Clerk

                      BY:     /s/
                               Daniel J. Reidy
                               Deputy Clerk