# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| J.G.G., *et al.*, | ) Civil Action No. 1:25-cv-00766 |
| Plaintiffs-Petitioners, | ) |
| v. | ) |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | ) |
| Defendants-Respondents. | ) |

## **NOTICE TO THE COURT**

For the reasons explained on the record, Federal Defendants object to this Court's assertion of jurisdiction, including over the President's exercise of powers vested in him by Article II. Subject to that objection, Federal Defendants were promptly notified of the Court's temporary restraining order issued in the morning and the 7:26 PM EDT minute order that temporarily enjoined any removals pursuant to the Presidential Proclamation. Federal Defendants have sought emergency appellate relief from the D.C. Circuit as to both orders; the Court of Appeals has now ordered expedited briefing on both motions. The five individual Plaintiffs that were the subject of the first TRO have not been removed.

Going forward, and in the absence of appellate relief, Federal Defendants will continue to protect the United States using authorities other than the Proclamation. Federal Defendants further report, based on information from the Department of Homeland Security, that some gang members subject to removal under the Proclamation had already been removed from United States territory under the Proclamation before the issuance of this Court's second order.

Respectfully Submitted,

PAMELA J. BONDI
U.S. Attorney General

TODD BLANCHE
Deputy Attorney General

EMIL BOVE
Principal Associate Deputy
Attorney General

CHAD MIZELLE
Acting Associate Attorney General

YAAKOV M. ROTH
Acting Assistant Attorney General

s/ Drew C. Ensign
DREW C. ENSIGN
Deputy Assistant Attorney General
950 Pennsylvania Avenue
Washington, DC 20530
Phone: (202) 514-2000
e-Mail: drew.c.ensign@usdoj.gov

AUGUST E. FLENTJE
Acting Director

EREZ REUVENI
Assistant Director

BRIAN C. WARD
Acting Assistant Director

CHRISTINA P. GREER
Senior Litigation Counsel

PATRICK GLEN
Senior Litigation Counsel