**Ensign, Drew C (CIV)**

| | |
|---|---|
| **From:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Sent:** | Monday, March 17, 2025 10:31 AM |
| **To:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Subject:** | Activity in Case 1:25-cv-00766-JEB J.G.G. et al v. TRUMP et al Order |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

**District of Columbia**

## Notice of Electronic Filing

The following transaction was entered on 3/17/2025 at 10:30 AM and filed on 3/17/2025
**Case Name:**     J.G.G. et al v. TRUMP et al
**Case Number:**   1:25-cv-00766-JEB
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER: The Court ORDERS that the parties shall appear in person (or by Zoom if necessary) for a hearing at 4:00 p.m. today regarding the [19] Notice and [21] Response. The Government shall be prepared to provide answers to the questions raised by Plaintiffs on page 6 of their Response. So ORDERED by Chief Judge James E. Boasberg on 3/17/2025. (lcjeb1)**


**1:25-cv-00766-JEB Notice has been electronically mailed to:**

Arthur B. Spitzer     aspitzer@acludc.org, 3598778420@filings.docketbird.com, 4094714420@filings.docketbird.com, ECFnoticesbackup@gmail.com, artspitzer@gmail.com

Lee Gelernt     lgelernt@aclu.org, lee-gelernt-6966@ecf.pacerpro.com

Scott Michelman     smichelman@acludc.org, aadetoro@acludc.org

Drew C Ensign     drew.c.ensign@usdoj.gov, ACL@azag.gov

Skye Perryman     sperryman@democracyforward.org, ecf@democracyforward.org

Bradley Girard     bgirard@democracyforward.org

Christina Greer     christina.p.greer@usdoj.gov

Daniel Antonio Galindo     dgalindo@aclu.org, daniel-galindo-7083@ecf.pacerpro.com

Somil Trivedi     strivedi@democracyforward.org

**1:25-cv-00766-JEB Notice will be delivered by other means to::**