# Ensign, Drew C (CIV)

| | |
|---|---|
| **From:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Sent:** | Monday, March 17, 2025 11:12 AM |
| **To:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Subject:** | Activity in Case 1:25-cv-00766-JEB J.G.G. et al v. TRUMP et al Order |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## District of Columbia

## Notice of Electronic Filing

The following transaction was entered on 3/17/2025 at 11:12 AM and filed on 3/17/2025

**Case Name:**  J.G.G. et al v. TRUMP et al
**Case Number:**  1:25-cv-00766-JEB
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER: The Court ORDERS that, in order to accommodate the parties' schedules, the hearing set for today at 4:00 p.m. is VACATED and RESET for 5:00 p.m. The hearing will proceed in-person for the parties and by telephone for members of the public. Toll free number: 833-990-9400. Meeting ID: 049550816. Any use of the public-access telephone line requires adherence to the general prohibition against photographing, recording, livestreaming, and rebroadcasting of court proceedings (including those held by telephone or videoconference), as set out in Standing Order No. 24-31 (JEB). Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or other sanctions deemed necessary by the Court. So ORDERED by Chief Judge James E. Boasberg on 3/17/2025. (lcjeb1)**

**1:25-cv-00766-JEB Notice has been electronically mailed to:**

Arthur B. Spitzer    aspitzer@acludc.org, 3598778420@filings.docketbird.com, 4094714420@filings.docketbird.com, ECFnoticesbackup@gmail.com, artspitzer@gmail.com

Lee Gelernt    lgelernt@aclu.org, lee-gelernt-6966@ecf.pacerpro.com

Scott Michelman    smichelman@acludc.org, aadetoro@acludc.org

Drew C Ensign    drew.c.ensign@usdoj.gov, ACL@azag.gov

Skye Perryman    sperryman@democracyforward.org, ecf@democracyforward.org

Bradley Girard    bgirard@democracyforward.org

Christina Greer    christina.p.greer@usdoj.gov

Daniel Antonio Galindo    dgalindo@aclu.org, daniel-galindo-7083@ecf.pacerpro.com

Somil Trivedi    strivedi@democracyforward.org

**1:25-cv-00766-JEB Notice will be delivered by other means to::**