# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** J.G.G. et al

**v.**

Trump et al

**Case No:** 25-5067

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ● Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| J.G.G. | W.G.H. |
| G.F.F. | J.A.V. |
| J.G.O. | |

### Counsel Information

Lead Counsel: [I am not lead counsel in this case]

Direct Phone: ( ____ ) ____ - ____ Fax: ( ____ ) ____ - ____ Email: ____

2nd Counsel: Scott Michelman

Direct Phone: ( 202 ) 6014267 Fax: ( ____ ) ____ - ____ Email: smichelman@acludc.org

3rd Counsel: ____

Direct Phone: ( ____ ) ____ - ____ Fax: ( ____ ) ____ - ____ Email: ____

Firm Name: ACLU Foundation of D.C.

Firm Address: 529 14th St. NW, Suite 722, Washington DC 20045

Firm Phone: ( 202 ) 4570800 Fax: ( ____ ) ____ Email: ____

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.