NOT YET SCHEDULED FOR ORAL ARGUMENT
No. 25-5067 & 25-5068

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

J.G.G., et al.,
*Plaintiffs-Appellees*,

v.

DONALD J. TRUMP, et al.,
*Defendants-Appellants*.

On Appeal from the United States District Court
for the District of Columbia
No. 1:25-cv-766

## NOTICE OF INTENT TO FILE *AMICUS* BRIEF OF *AMICI CURIAE* SOUTH CAROLINA, VIRGINIA, AND 24 OTHER STATES

ALAN WILSON
  *Attorney General of South Carolina*
ROBERT D. COOK
  *Solicitor General*
Thomas Hydrick
  *Asst. Dep. Solicitor General*
JOSEPH D. SPATE*
  *Asst. Dep. Solicitor General*
1000 Assembly Street
Columbia, SC 29201
(803) 734-3371
josephspate@scag.gov
*Counsel of Record

JASON S. MIYARES
  *Attorney General of Virginia*
KEVIN M. GALLAGHER
  *Principal Deputy Solicitor General*
202 North Ninth Street
Richmond, VA 23219
(804) 786-2071
kgallagher@oag.state.va.us

*Counsel for* Amici Curiae

## NOTICE OF INTENT TO FILE *AMICUS* BRIEF

The State of South Carolina, the Commonwealth of Virginia, and 24 other States hereby file this notice of intent to file an *amicus* brief in support of Defendants-Appellants.

Dated: March 18, 2025

s/ Joseph D. Spate
ALAN WILSON
  *Attorney General of South*
  *Carolina*
ROBERT D. COOK
  *Solicitor General*
Thomas Hydrick
  *Asst. Dep. Solicitor General*
JOSEPH D. SPATE*
  *Asst. Dep. Solicitor General*
1000 Assembly Street
Columbia, SC 29201
(803) 734-3371
josephspate@scag.gov
*Counsel of Record

Respectfully submitted,

JASON S. MIYARES
  *Attorney General of Virginia*
KEVIN M. GALLAGHER
  *Principal Deputy Solicitor*
  *General*
202 North Ninth Street
Richmond, VA 23219
(804) 786-2071
kgallagher@oag.state.va.us


*Counsel for* Amici Curiae

## CERTIFICATE OF SERVICE

I certify that on March 18, 2025, I caused this document to be electronically filed with the Clerk of Court using this Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

s/ Joseph D. Spate
Joseph D. Spate
