Nos. 25-5067 & 25-5068

# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

J.G.G., *et al.*,
*Plaintiffs-Appellees*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,
*Defendants-Appellants*.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
No. 1:25-cv-00766
The Hon. James E. Boasberg

## NOTICE OF WITHDRAWAL OF APPEARANCE

Defendants respectfully provide notice that one of their counsel, Christina P. Greer, is withdrawing her appearance on behalf of Defendants in this case. Ms. Greer is currently on detail to another component of the Department. Because of this, from the outset, her participation in the case was intended to be limited in scope and duration. She has returned to her detail duties and will no longer be representing the Defendants in this case. Defendants will continue to be represented in this matter by other counsel of record.

Dated: March 19, 2025

                Respectfully Submitted,

              By: *Christina P. Greer*
                   CHRISTINA P. GREER
                   Senior Litigation Counsel
                   Office of Immigration Litigation
                   General Litigation & Appeals Section
                   United States Department of Justice
                   P.O. Box 868, Ben Franklin Station
                   Washington, DC 20530
                   Phone: (202) 598-8770
                   Email: Christina.P.Greer@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

    */s/ Christina P. Greer*
    CHRISTINA P. GREER