# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** J.G.G. et al.

v.

Trump et al.

**Case No:** 25-5067

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ⦿ Retained ◯ Pro Bono ◯ Appointed (CJA/FPD) ◯ Gov't counsel for the ◯ Appellant(s)/Petitioner(s) ◯ Appellee(s)/Respondent(s) ◯ Intervenor(s) ◯ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| J.G.G. | J.A.V. |
| G.F.F. | |
| J.G.O. | |
| W.G.H. | |

### Counsel Information

Lead Counsel:

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

2nd Counsel: Pooja A. Boisture

Direct Phone: (202) 601-2487  Fax: (202) 796-4426  Email: pboisture@democracyforward.org

3rd Counsel:

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

Firm Name: Democracy Forward Foundation

Firm Address: P.O. Box 34553, Washington D.C. 20043

Firm Phone: (202) 448-9090  Fax: (202) 796-4426  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)