# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** J.G.G., et al.

v.

Trump, et al.

**Case No:** 25-5067

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ● Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

J.G.G.

G.F.F.

J.G.O.

W.G.H.

J.A.V.

### Counsel Information

Lead Counsel:

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

2nd Counsel: Hina Shamsi

Direct Phone: (212) 284-7321  Fax: (___) ___-____  Email: hshamsi@aclu.org

3rd Counsel:

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

Firm Name: American Civil Liberties Union Foundation

Firm Address: 125 Broad Street, 18th Floor, New York, NY 10004

Firm Phone: (212) 549-2500  Fax: (___) ___-____  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)