# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** J.G.G., et al.

v.

Donald J. Trump, et al.

**Case No:** 25-5067, 25-5068

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◯ Retained ◯ Pro Bono ◯ Appointed (CJA/FPD) ◯ Gov't counsel for the ◯ Appellant(s)/Petitioner(s) ◯ Appellee(s)/Respondent(s) ◯ Intervenor(s) ◯ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| J.G.G. | G.F.F. |
| J.G.O. | W.G.H. |
| J.A.V. | |

### Counsel Information

**Lead Counsel:**

Direct Phone: (___) ___-____   Fax: (___) ___-____   Email: _____

**2nd Counsel:** Arthur B. Spitzer

Direct Phone: (301) 775-4000   Fax: (___) ___-____   Email: aspitzer@acludc.org

**3rd Counsel:**

Direct Phone: (___) ___-____   Fax: (___) ___-____   Email: _____

**Firm Name:** A,erican Civil Liberties Union of the District of Columbia

**Firm Address:** 529 14th Street, NWm Suite 722, Washington DC 20045

**Firm Phone:** (202) 601-4266   Fax: (___) ___-____   Email: info@acludc.org

**Notes:** This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)