LEE GELERNT
*DEPUTY DIRECTOR*
*IMMIGRANTS' RIGHTS PROJECT*

National Office
125 Broad Street, 18th floor
New York NY 10014
p. (212) 549-2660
f. (212) 549-2654
lgelernt@aclu.org

*By ECF*

March 24, 2025

The Honorable Clifton Cislak
Clerk, U.S. Court of Appeals
for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse and
William B. Bryant Annex
333 Constitution Ave., NW
Washington, DC 20001

   **Re: *J.G.G. v. Trump*, Nos. 25-5067 & 25-5068**
   (Oral argument March 24, 2025, before Judges
   Henderson, Millet, and Walker)

Dear Mr. Cislak:

  Appellees respectfully submit the District Court's memorandum opinion, issued this morning, denying Defendants' Motion to Vacate the Temporary Restraining Order, *J.G.G. v. Trump*, No. 1:25-cv-766-JEB, ECF No. 53.

       Respectfully Submitted,

       /s/ Lee Gelernt
       Lee Gelernt
       AMERICAN CIVIL LIBERTIES
       UNION FOUNDATION
       IMMIGRANTS' RIGHTS
       PROJECT
       125 Broad St., 18th Floor
       New York, NY 10004
       T: (212) 549-2660
       lgelernt@aclu.org

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing letter complies within the type-volume limitations of Fed. R. App. P. 28(j) and D.C. Circuit local rules because the body contains 33 words.  This letter also complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5)(A) because this letter was prepared in a proportionally spaced typeface using Word 14-point Times New Roman.

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2025, I electronically filed the foregoing with the Clerk for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system.  All participants in this case are registered CM/ECF users and will be served by the appellate CM/ECF system.

/s/ Lee Gelernt<br>Lee Gelernt