# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5067**                         **September Term, 2024**

**1:25-cv-00766-JEB**

**Filed On: March 24, 2025** [2107428]

J.G.G., et al.,

     Appellees

    v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

     Appellants

------------------------------

Consolidated with 25-5068

    **BEFORE:**   Circuit Judges Henderson, Millett, and Walker

## **COURTROOM MINUTES OF ORAL ARGUMENT**

PROCLAMATION BEING MADE, the Court opened on Monday, March 24, 2025 at
1:34 p.m. The cause was heard as case No. 1 of 1 and argued before the Court by:

    Drew C. Ensign (DOJ), counsel for Appellants.

    Lee Gelernt, counsel for Appellees.

                  **FOR THE COURT:**
                  Clifton B. Cislak, Clerk

        BY:   /s/
                Anne A. Rothenberger
                Deputy Clerk