# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** J.G.G., et al.,

**v.**  **Case No:** 25-05067

Trump, et al.

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ● Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| J.G.G. | J.A.V |
| G.F.F. | |
| J.G.O. | |
| W.G.H. | |

### Counsel Information

**Lead Counsel:** [not lead counsel in this case]

Direct Phone: (___) _____ Fax: (___) ____-____ Email: _____

**2nd Counsel:** Cecillia Wang

Direct Phone: (415) 343-0775 Fax: (___) ____-____ Email: cwang@aclu.org

**3rd Counsel:**

Direct Phone: (___) ____-____ Fax: (___) ____-____ Email: _____

**Firm Name:** American Civil Liberties Union Foundation

**Firm Address:** 425 California Street, Suite 700 San Francisco, CA 94104

**Firm Phone:** (212) 549-2500 Fax: (___) ____-____ Email: _____

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)