# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5067**                      **September Term, 2024**

1:25-cv-00766-JEB

Filed On: April 8, 2025 [2109937]

J.G.G., et al.,

         Appellees

    v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

         Appellants

------------------------------------

Consolidated with 25-5068

# **O R D E R**

It is **ORDERED**, on the court's own motion, that the parties file motions to govern future proceedings in this case by May 8, 2025.

                                          **FOR THE COURT:**
                                          Clifton B. Cislak, Clerk

                          BY:     /s/
                                          Scott H. Atchue
                                          Deputy Clerk