# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** J.G.G. et al.

**v.**

Trump et al.

**Case No:** 25-5067

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ⦿ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ⦿ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| J.G.G. | J.A.V. |
| G.F.F. | |
| J.G.O. | |
| W.G.H. | |

### Counsel Information

Lead Counsel:

Direct Phone: (___) ___-___ Fax: (___) ___-___ Email:

2nd Counsel: Brian D. Netter

Direct Phone: (202) 274-7660 Fax: (202) 796-4426 Email: bnetter@democracyforward.org

3rd Counsel:

Direct Phone: (___) ___-___ Fax: (___) ___-___ Email:

Firm Name: Democracy Forward Foundation

Firm Address: P.O. Box 34553, Washington D.C. 20043

Firm Phone: (202) 448-9090 Fax: (202) 796-4426 Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.