ORAL ARGUMENT MARCH 24, 2025
Nos. 25-5067, 25-5068

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

J.G.G., *et al.*,

*Plaintiffs–Appellees,*

v.

DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES, *et al.*,

*Defendants–Appellants.*

On Appeal from the United States District Court
for the District of Columbia
No. 1:25-cv-00766
The Hon. James E. Boasberg

## JOINT MOTION TO GOVERN FURTHER PROCEEDINGS

Evelyn Danforth-Scott
Spencer Amdur
Noelle Smith
Oscar Sarabia Roman
My Khanh Ngo
Cody Wofsy
AMERICAN CIVIL LIBERTIES
   UNION FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104

Lee Gelernt
   *Counsel of Record*
Daniel Galindo
Ashley Gorski
Patrick Toomey
Omar C. Jadwat
Sidra Mahfooz
Hina Shamsi
AMERICAN CIVIL LIBERTIES
   UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
lgelernt@aclu.org

<div style="column-count:2">

Arthur B. Spitzer
Scott Michelman
Aditi Shah
AMERICAN CIVIL LIBERTIES
   UNION FOUNDATION OF
   THE DISTRICT OF
   COLUMBIA
529 14th Street, NW, Suite 722
Washington, D.C. 20045

Somil B. Trivedi
Bradley Girard
Michael Waldman
Sarah Rich
Skye Perryman
Audrey Wiggins
Christine L. Coogle
Pooja A. Boisture
DEMOCRACY FORWARD
P.O. Box 34553
Washington, DC 20043

</div>

*Counsel for Plaintiffs–Appellees*

YAAKOV M. ROTH
Acting Assistant Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General
950 Pennsylvania Avenue
Washington, DC 20530
(202) 514-2000
drew.c.ensign@usdoj.gov

AUGUST FLENTJE
Special Counsel for Immigration

TIBERIUS T. DAVIS
Counsel to the Assistant Attorney General

ANTHONY NICASTRO
Acting Director
Office of Immigration Litigation

ERNESTO MOLINA
Deputy Director

*Counsel for Defendants–Appellants*

The parties submit this Joint Motion to Govern Future Proceedings as required by the Court's order of April 8, 2025. The parties agree that there is no further action for the Court to take in this matter, because the Supreme Court has vacated the district court's orders that were the subject of this appeal. *See Trump v. J.G.G.*, 145 S. Ct. 1003, 1006 (2025). Appellants accordingly plan to move to dismiss this appeal, with Appellees' consent.

This Joint Motion was inadvertently filed on the incorrect docket on May 8, 2025; it is now being filed on the correct dockets.

Respectfully submitted,

/s/ Drew C. Ensign
DREW C. ENSIGN
Deputy Assistant Attorney General
950 Pennsylvania Avenue
Washington, DC 20530
(202) 514-2000
drew.c.ensign@usdoj.gov

/s/ Lee Gelernt
Lee Gelernt
AMERICAN CIVIL LIBERTIES
  UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
lgelernt@aclu.org

Dated: May 9, 2025

1