

1 of 3    Paul Andrew Mitchell <supremelawfirm@gmail.com>

---

## INFORMAL MOTION FOR LEAVE TO INTERVENE AND TRANSFER TO CURE WANT OF JURISDICTION: J.G.G., et al. v. Donald J. Trump, Case Number 1:25-cv-00766-JEB

---

**Paul Andrew Mitchell, B.A., M.S.** <supremelawfirm@gmail.com>    Mon, Apr 28, 2025 at 10:07 AM
To: "Hon. Gregory G. Katsas c/o" <Scott_Atchue@cadc.uscourts.gov>, "Hon. Gregory G. Katsas c/o" <ProSeFilings@cadc.uscourts.gov>, "President Donald J. Trump c/o" <press@djtfp24.com>, "U.S. Attorney General" <attorney.general@usdoj.gov>
Cc: nsmith@aclu.org, osarabia@aclu.org, mngo@aclu.org, edanforth-scott@aclu.org, cwang@aclu.org, cwofsy@aclu.org, aspitzer@acludc.org, smichelman@acludc.org, ashah@acludc.org, lgelernt@aclu.org, dgalindo@aclu.org, agorski@aclu.org, ptoomey@aclu.org, smahfooz@aclu.org, ojadwat@aclu.org, hshamsi@aclu.org, strivedi@democracyforward.org, bgirard@democracyforward.org, mwaldman@democracyforward.org, srich@democracyforward.org, sperryman@democracyforward.org, awiggins@democracyforward.org, ccoogle@democracyforward.org, pboisture@democracyforward.org

INFORMAL MOTION FOR LEAVE TO INTERVENE AND TRANSFER TO CURE WANT OF JURISDICTION:
J.G.G., *et al.* v. Donald J. Trump, Case Number 1:25-cv-00766-JEB

To: Hon. Gregory G. Katsas
Care of: Operations Manager

Re: **Plain Error, Want of Jurisdiction**

The United States *ex rel.* hereby petitions your good office in the matter of Appeal No. 25-5067 for leave to intervene specifically to petition for emergency relief on two counts:

(1) Strictly construed, 8 U.S.C. 1329 confers original jurisdiction on the Article III *district courts of the United States* ("DCUS"), not on the Article I *United States District Courts* ("USDC"):

https://www.law.cornell.edu/uscode/text/8/1329

(2)  The Act of Congress at 28 U.S.C. 1631 expressly authorizes
transfer to the appropriate DCUS for want of original jurisdiction
in the USDC:

https://www.law.cornell.edu/uscode/text/28/1631


Statutes conferring original jurisdiction on Federal district courts
must be STRICTLY construed [cites omitted here].


## REMEDIES REQUESTED

*Accordingly,* the United States *ex rel.* hereby petitions this honorable
U.S. Court of Appeals for the District of Columbia Circuit for:

(1)  leave to intervene in said case;  and,

(2)  an emergency ORDER commanding the immediate transfer of said case
to the appropriate Article III *District Court of the United States*.

All appended messages are incorporated by reference,
as if set forth fully here.

The United States *ex rel.* also invokes Article 19
in the International Covenant on Civil and Political Rights
*"regardless of frontiers"*:

http://supremelaw.org/ref/treaty/covenant.htm#A19


Thank you for your timely professional consideration.

Cc:  Proper Parties and their Counsels of Record


Sincerely yours,
/s/ Paul Andrew Mitchell, B.A., M.S., **Relator /** *pro bono*
Private Attorney General, Civil RICO: 18 U.S.C. 1964;
Agent of the United States as *Qui Tam* Relator (4X),
Federal Civil False Claims Act: 31 U.S.C. 3729 *et seq.*

All Rights Reserved ( cf. UCC 1-308 https://www.law.cornell.edu/ucc/1/1-308 )

Attachments follow:

---------- Forwarded message ---------
From: **Paul Andrew Mitchell, B.A., M.S.** <supremelawfirm@gmail.com>
Date: Thu, Apr 24, 2025 at 9:10 AM
Subject: PROOF OF MAILING: Informal Pro Bono Request to change deadline: J.G.G., et al. v. Donald J. Trump, Case Number 1:25-cv-00766-JEB
To: Scott Atchue <Scott_Atchue@cadc.uscourts.gov>
Cc: President Donald J. Trump c/o <press@djtfp24.com>, U.S. Attorney General <attorney.general@usdoj.gov>

### CERTIFICATE OF MAILING VIA FIRST-CLASS U.S. MAIL

I hereby certify that three (3) identical copies of the following documents:

https://supremelaw.org/cc/trump/deportations.2025-04-24/email.2025-04-24.htm
https://supremelaw.org/rsrc/commissions/boasberg.james/letter.2025-03-17/request.to.inspect.htm

were deposited in a roadside mailbox at approximately 9:00 AM on 4/24/2025 with sufficient postage addressed to:

Hon. Gregory G. Katsas
U.S. Court of Appeals
for the D.C. Circuit
333 Constitution Ave., N.W.
Washington 20001
District of Columbia, USA

*Re:* D.C. Circuit Rule 27,
USDC No. 1:25-cv-00766-JEB


Sincerely yours,
/s/ Paul Andrew Mitchell, B.A., M.S., Relator / *pro bono*
ALL RIGHTS RESERVED


---------- Forwarded message ---------

From: **Paul Andrew Mitchell, B.A., M.S.** <supremelawfirm@gmail.com>
Date: Thu, Apr 24, 2025 at 8:23 AM
Subject: Re: Informal Pro Bono Request to change deadline: J.G.G., et al. v. Donald J. Trump, Case Number 1:25-cv-00766-JEB
To: Scott Atchue <Scott_Atchue@cadc.uscourts.gov>
Cc: President Donald J. Trump c/o <press@djtfp24.com>

Thank you, Mr. Atchue:

Under the circumstances, we do not believe that
a one-week extension of the applicable deadline
is too much to ask.

"Where rights secured by the Constitution are involved,
there can be **no rulemaking** or legislation which would abrogate them."
-- Miranda v. Arizona

For the record:

https://storage.courtlistener.com/recap/gov.uscourts.dcd.278436/gov.uscourts.dcd.278436.1.0_3.pdf
J.G.G., *et al.* v. Donald J. Trump, USDC Case Number 1:25-cv-00766-JEB

https://www.law.cornell.edu/uscode/text/50/23
"having criminal jurisdiction" (cf. 18 U.S.C. 3231)

https://www.law.cornell.edu/uscode/text/8/1329
"district courts of the United States"

### JURISDICTION AND VENUE

5. This case arises under the Alien Enemies Act ("AEA"), 50 U.S.C. §§ 21-24; the Administrative Procedure Act ("APA"), 5 U.S.C. § 701, *et seq.*; the Immigration and Nationality Act ("INA"), 8 U.S.C. § 1101, *et seq.* and its implementing regulations; the Convention Against Torture ("CAT"), *see* Foreign Affairs Reform and Restructuring Act of 1998 ("FARRA"), Pub. L. No. 105-277, div. G, Title XXII, § 2242, 112 Stat. 2681, 2681-822 (1998) (codified as Note to 8 U.S.C. § 1231); the All Writs Act, 28 U.S.C. § 1651, and the Fifth Amendment to the U.S. Constitution.

The following detailed Bibliographies are incorporated by reference,

as if set forth fully here:

https://supremelaw.org/authors/mitchell/legislative.tribunal.bibliography.htm

https://supremelaw.org/authors/carrington/letter.2024-07-26/objections.htm

Executive Summary:

**USDCs are Article I legislative tribunals
with no criminal jurisdiction whatsoever.**

**QED**

Thank you, again, for your professional consideration.


Cc:  President Donald J. Trump c/o The White House


Sincerely yours,
/s/ Paul Andrew Mitchell, B.A., M.S., Retired / *pro bono*
ALL RIGHTS RESERVED


On Thu, Apr 24, 2025 at 7:49 AM Scott Atchue <Scott_Atchue@cadc.uscourts.gov> wrote:

> Mr. Mitchell,
>
> The court does not accept request by email.  If you wish the court to consider your request, you would need to file an appropriate motion in the case that meets the requirements of Federal Rule of Appellate Procedure and D.C. Circuit Rule 27.  The motion would need to be filed by postal or in person at the courthouse.
>
> Regards,
>
> Scott H. Atchue
> Operations Manager
> United States Court of Appeals
>   for the District of Columbia Circuit
> Direct Dial: (202) 216-7288

scott_atchue@cadc.uscourts.gov

**From:** Paul Andrew Mitchell, B.A., M.S. <supremelawfirm@gmail.com>
**Sent:** Thursday, April 24, 2025 4:43:40 AM
**To:** Hon. Gregory G. Katsas c/o <ProSeFilings@cadc.uscourts.gov>
**Cc:** CADCml_Electronic Case Filing Help Desk <ECFHelp@cadc.uscourts.gov>; President Donald J. Trump c/o <press@djtfp24.com>; aspitzer@acludc.org <aspitzer@acludc.org>; smichelman@acludc.org <smichelman@acludc.org>
**Subject:** Informal *Pro Bono* Request to change deadline: J.G.G., *et al.* v. Donald J. Trump, Case Number 1:25-cv-00766-JEB

**CAUTION - EXTERNAL:**

Informal *Pro Bono* Request to change deadline:
J.G.G., *et al.* v. Donald J. Trump,
USDC Case Number 1:25-cv-00766-JEB

On "X" (formerly "Twitter"):
https://x.com/PaulAndrewMitc1/status/1915258274984964339

Authorities:  28 U.S.C. 1631;  8 U.S.C. 1329 (strictly construed)

TO:
Hon. Gregory G. Katsas
c/o @uscourts

Cc:
@DCCirRev
@DCCircuitBreak
@katieleebarlow
@jamesromoser

Greetings Your Honor *et al.*:

The United States *ex rel.* respectfully requests a change of deadline to Friday, May 2, 2025 in the matter of Mr. Boasberg's latest findings.

Thank you for your consideration.

Cc:  Interested Persons

--

**Sincerely yours,**
**/s/ Paul Andrew Mitchell, B.A., M.S., Relator /** *pro bono*
**Private Attorney General, Civil RICO: 18 U.S.C. 1964;**
**Agent of the United States as** *Qui Tam* **Relator (4X),**
**Federal Civil False Claims Act: 31 U.S.C. 3729** *et seq.*

**All Rights Reserved** ( cf. UCC 1-308 https://www.law.cornell.edu/ucc/1/1-308 )

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

--

email (preferred):
<supremelawfirm@gmail.com>



TO:

Authority:
28 U.S.C. 1631,
Transfer to cure
want of jurisdiction

Hon. Gregory G. Katsas
U.S. Court of Appeals
for the D.C. Circuit
333 Constitution Ave., N.W.
Washington 20001
District of Columbia, USA

20001

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

MAY - 5 2025

RECEIVED