In the United States Court of Appeals
for the District of Columbia Circuit

**J.G.G.** et al.,

*Plaintiffs–Appellees,*

v.

**DONALD J. TRUMP**, in his official capacity
as President of the United States, et al.,

*Defendants–Appellants.*

On Appeal from Orders of the
United States District Court
for the District of Columbia

**DEFENDANTS–APPELLANTS'
MOTION FOR VOLUNTARY DISMISSAL**

Because Defendants prevailed in the Supreme Court in obtaining the relief sought in this appeal, *Trump v. J.G.G.*, 145 S. Ct. 1003 (2025), these consolidated proceedings are now moot. Defendants therefore move to dismiss these proceedings voluntarily, with the parties to bear their own costs. Plaintiffs do not oppose this request.

Respectfully submitted,

**Brett Shumate**
Assistant Attorney General
Civil Division

s/Drew C. Ensign
**Drew C. Ensign**
Deputy Assistant Attorney General
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
(202) 514-2000
drew.c.ensign@usdoj.gov

**August Flentje**
Special Counsel for Immigration

**Tiberius T. Davis**
Counsel to the Assistant Attorney General

**Anthony Nicastro**
Acting Director
Office of Immigration Litigation

**Ernesto Molina**
Deputy Director

Dated: June 20, 2025        *Counsel for Defendants–Appellants*

# Certificate of Compliance for Papers Submitted Under Fed. R. App. P. 27(d)(2)(A)

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 51 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface (14-point Century Schoolbook) using Microsoft Word for Microsoft 365 MSO (Version 2502 Build 16.0.18526.20264) 64-bit.

Dated: June 20, 2025                    s/Drew C. Ensign                        
                                                    *Counsel for Defendants–Appellants*