# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5067**  **September Term, 2024**

1:25-cv-00766-JEB

Filed On: June 24, 2025 [2122175]

J.G.G., et al.,

    Appellees

  v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

    Appellants

------------------------------

Consolidated with 25-5068

## M A N D A T E

    In accordance with the order of June 24, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                      **FOR THE COURT:**
                                      Clifton B. Cislak, Clerk

                          BY:    /s/
                                      Michael C. McGrail
                                      Deputy Clerk

Link to the order filed June 24, 2025